# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NEW YORK |

| Justin McClarin | **EXHIBIT LIST** |
|---|---|
| V. | |
| City of New York, et al. | Case Number: 16-cv-6846 |

| PRESIDING JUDGE<br>Hon. Frederic Block | PLAINTIFF'S ATTORNEY<br>Eylan Schulman & Michael Hueston | DEFENDANT'S ATTORNEY<br>Zachary Kalmbach |
|---|---|---|
| TRIAL DATE (S)<br>9/27/2022 - ~10/4/2022 | COURT REPORTER | COURTROOM DEPUTY<br>Michael Innelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | 100 Series - NYPD Records |
| 101 | | | | | Arrest Report generated by Defendant Ardolino on December 13, 2015 |
| 102 | | | | | Domestic Incident Report completed by Defendant Ardolino, including statement by witness |
| 103 | | | | | 75th Precinct Command Log Entries from December 13, 2015   * |
| 104 | | | | | NYPD Property Clerks Invoices for items allegedly recovered from 393 Warwick St. (2 invoices) |
| 105 | | | | | Aided Report Worksheet |
| 106 | | | | | iCAD report created at 00:19:39 oon 12/13/15, describing a request re alleged assault in progress |
| 107 | | | | | iCAD report created at 02:21:19 on 12/13/15, describing request for back-up at 399 Warwick St. |
| 108 | | | | | Notes exchanged between Defendant officers, prompting response to 322 Warwick St. |
| 109 | | | | | Memobook Entry of Defendant David Grieco |
| 110 | | | | | Memobook Entry of Defendant Michael Ardolino |
| 111 | | | | | Memobook Entry of Defendant Sgt. Robert Martinez |
| 112 | | | | | Memobook Entry of Defendant David Quattrochi |
| 113 | | | | | Memobook Entry of Defendant William Schumacher |
| | | | | | |
| | | | | | 200 Series - Court Records |
| 201 | | | | | Criminal Complaint sworn to by Defendant Ardolino on December 13, 2015 |
| 202 | | | | | Certificate of Disposition, indicating the matter was added to the Felony Dismissal calendar   * |
| 203 | | | | | Transcript from proceeding on December 18, 2015  * |
| 204 | | | | | Final Certification of Disposition - June 24, 2016  * |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT LIST – CONTINUATION

| | Justin McClarin | | VS. | City of New York, et al. | CASE NO. 16-cv-6846 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | 300 Series - Photographs |
| | | | | | Photos of 393 Warwick St. |
| 301 | | | | | Street view of 393 Warwick St (Ex 19 from MSJ) |
| 302 | | | | | Closeup of front, right side of 393 Warwick St. (Ex 21 from MSJ) |
| 303 | | | | | Left side of bedroom – broken walls, loose door on left side |
| 304 | | | | | Left side of bedroom – sheetrock on floor, big mess |
| 305 | | | | | Left side of bedroom – closet full of broken sheetrock |
| 306 | | | | | Right side of bedroom – broken walls |
| 307 | | | | | Basement common area (Ex 20 from MSJ) of defendant David Quattrochi |
| 308 | | | | | Boiler room – plastic container and tinfoil on floor |
| | | | | | Photos of Other Relevant Locations |
| 309 | | | | | 399 Warwick St. – Ex 16 from MSJ Opp * |
| 310 | | | | | 2348 Pitkin Avenue * |
| 311 | | | | | 322 Warwick St. – Ex 5 from MSJ Opp * |
| 312 | | | | | 401 Warwick St – Ex 2 from 6/20/18 Deposition |
| | | | | | Miscellaneous Photos |
| 313 | | | | | Drugs Attributed to Plaintiff – Ex 17 from MSJ Opp |
| 314 | | | | | Photo of Samantha Miranda at precinct – left |
| 315 | | | | | Photo of Samantha Miranda at precinct - right |
| | | | | | Faceplates |
| 316 | | | | | Faceplate of plaintiff Justin McClarin * |
| 317 | | | | | Faceplate of defendant David Grieco * |
| 318 | | | | | Faceplate of defendant Sgt. Robert Martinez * |
| 319 | | | | | Faceplate of defendant David Quattrochi * |
| 320 | | | | | Faceplate of defendant William Schumacher * |
| 321 | | | | | Faceplate of witness Ricardo Fukuda * |

Page   2   of   3   Pages

AO 187A (Rev. 7/87)

# EXHIBIT LIST – CONTINUATION

| | | Justin McClarin | | vs. | City of New York, et al. | CASE NO. 16-cv-6846 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | | | | 400 Series – Medical Records | |
| 401 | | | | | Interfaith Medical Center records    * | |
| | | | | | | |
| | | | | | 500 Series – Miscellaneous | |
| 501 | | | | | Statement by Samantha Miranda from 1/2016    * | |
| 502 | | | | | NYPD News Article featuring David Quattrochi    * | |
| | | | | | | |
| | | | | | 600 Series –  Stipulations | |

Page   3   of   3   Pages